UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DONALD F. MCBETH,                              :         No. 15-CV-2742 (JMF)
                                               :
                     Plaintiff,                :         ECF CASE
                                               :
               -against-                       :
                                               :
GREGORY I. PORGES, SPECTRA                      :
FINANCIAL GROUP LLC, AND SPECTRA               :
INVESTMENT GROUP LLC                           :
                                               :
                     Defendants.               :
                                               :
                                               :
                                               :
------------------------------------------------------------x

## NOTICE OF DEFENDANTS' MOTION TO DISMISS
## THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in

Support of Defendants' Motion to Dismiss the Amended Complaint and the Declaration of

Robert E. Griffin in Support of Defendants' Motion to Dismiss the Amended Complaint, as well

as Exhibit 1 attached thereto, Defendants Gregory I. Porges, Spectra Financial Group LLC, and

Spectra Investment Group LLC will move this Court before the Honorable Jesse M. Furman,

United States District Judge, at the Thurgood Marshall United States Courthouse located at 40

Foley Square, New York, New York, on a date and time to be determined by the Court, for an

order, pursuant to Rules 9(b), 12(b)(6), 12(b)(7), and 19 of the Federal Rules of Civil Procedure,

dismissing Plaintiff Donald F. McBeth's Amended Complaint, and for such other and further

relief as the Court may deem just and proper.

Respectfully submitted,

Dated: New York, New York
       May 28, 2015

SCHULTE ROTH & ZABEL LLP

By: <u>s/ Howard Schiffman</u>
    Howard Schiffman
    Robert E. Griffin

919 Third Avenue
New York, New York  10022
(212) 756-2000

Howard.Schiffman@srz.com
Robert.Griffin@srz.com

*Attorneys for Defendants Gregory I. Porges,*
*Spectra Financial Group LLC, and Spectra*
*Investment Group LLC*