UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DONALD F. MCBETH,

              Plaintiff,

              -against-

GREGORY I. PORGES, SPECTRA FINANCIAL
GROUP LLC, and SPECTRA INVESTMENT
GROUP LLC

              Defendants.
------------------------------------------------------------x

No. 15-cv-02742 (JMF)

ECF CASE

## DECLARATION OF ANDREW BURTON

Pursuant to 28 U.S.C. § 1746, Andrew Burton declares:

1. My name is Andrew Burton. I submit this declaration in support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiff's Renewed Motion for Leave to File an Amended Complaint.

**My Background.**

2. I began working with Greg Porges in 1995. Since 1997, I have been a proprietary trader managing my own money. Proprietary trading and market making are entirely different businesses. Proprietary traders buy and sell securities, and they always have a view on the market. If they want to buy, they buy. If they want to sell, they sell. Market makers posts bids and offers to the public, and are obligated to honor the price to the public regardless of their view of the security.

3. In 2003, we restructured our operations and formed Spectra Investment Group and Spectra Group. Spectra Investment Group did proprietary trading. Spectra Group did market making. Porges and I had absolutely nothing to do with the market making at Spectra

Group. We spent all of our time doing proprietary trading at Spectra Investment Group. Spectra Group's market makers were different people than Spectra Investment Group's proprietary traders. The people at Spectra Investment Group worked in different offices than the people at Spectra Group. We shut down the market making business in 2006 and all of the market makers left by that point.

4.  I moved to Nevada in 2001. After I moved to Nevada, we formed Spectra Investments as our Nevada-based proprietary trading entity. Around the same time we formed Spectra Investments, we also formed Spectra Capital Management and Spectra Financial Group. I had equity in Spectra Investment Group, Spectra Investments, and Spectra Capital Management. I also had approximately $2.5 million in Spectra Opportunities Fund through my equity in Spectra Investment Group.

5.  The portfolio managers for Spectra Opportunities Fund were the same portfolio managers for Spectra Investment Group. Porges, Jack Basavaiah, Ian Estepan, and I were the portfolio managers. Our research team was led by Allan Rosenberg. He was assisted by Jon Margolis. Nate Polachek was an execution trader. Our team had worked together for years before we started Spectra Opportunities Fund. We employed the same trading strategies at Spectra Opportunities Fund that we had used successfully at Spectra Investment Group. We were all responsible for generating trading ideas. We all had our own trading accounts. We were all responsible for managing the positions in our trading accounts.

**My Responsibilities Beyond Portfolio Management.**

6.  In addition to being a portfolio manager, I had managerial responsibilities alongside Porges. I was actively involved in certain hiring decisions, recruiting, and the oversight of our portfolio managers and research team. For example, I hired Rosenberg. He

2

worked for me in Nevada before he moved to New York and began working out of our main office. Porges was ultimately in charge, but we always viewed ourselves as partners.

**Losses in Spectra Opportunities Fund.**

7.   To the best of my recollection, in October 2010, Spectra Investment Group invested $12.5 million worth of securities into Spectra Opportunities Fund. Approximately $2.5 million of that amount belonged to me. Approximately $10 million belonged to Porges. When Spectra Opportunities Fund collapsed in late 2011, I lost approximately $2.5 million and Porges lost approximately $10 million.

8.   I also lost additional money beyond that $2.5 million. Other Spectra affiliates made approximately $3 million in loans to Spectra Opportunities Fund to meet margin calls. In October 2011, the Spectra Opportunities Fund's accounts at MF Global were frozen when MF Global went into bankruptcy. Our Spectra Opportunities Fund accounts were then liquidated and we received cash distributions. We never received enough cash to match the approximately $3 million in loans. As a result, we wrote off approximately 50% of the loans and forgive all interest due. I lost several hundred thousand dollars on top of my $2.5 million loss in Spectra Investment Group through entities that had loaned money to Spectra Opportunities Fund.

9.   Even though Spectra Opportunities Fund was unsuccessful, we were always diligent in our trading decisions. We took our jobs seriously. We constantly examined risk. We constantly reexamined our existing positions. We always exercised good judgment in our trading decisions, and we fully believed that over the long run our strategies would be successful. I worked remotely from California during this period of time, and had multiple phone conversations every single day with our other portfolio managers and our research team about our existing positions and new trades.

10. Our trading decisions simply did not work out in Spectra Opportunities Fund. There was incredible volatility in the equities markets from late 2010 through 2011. The markets were unpredictable. Global events such as the U.S. debt ceiling and the European debt crisis disrupted the equities markets and caused large market swings. It was the most challenging market of my 20 year career.

**Corporate Formalities.**

11. I have known Porges for over 20 years. He has always been insistent on the importance of maintaining corporate formalities. Our companies were always adequately capitalized and solvent. We did not commingle personal assets with corporate assets. We paid our bills out of the businesses. We maintained separate bank accounts for all of our companies. We did not siphon money to pay for our personal expenses. We did not use our companies as facades. When we made intercompany loans, we always executed note instruments. We did not defraud our creditors. Spectra Investment Group and Spectra Financial Group – the two corporate defendants in this case – were formed nearly 10 years before the launch of Spectra Opportunities Fund.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 28, 2017.

Andrew Burton