```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

DONALD F. MCBETH,

                                          Plaintiff,

    -against-

GREGORY I. PORGES, SPECTRA FINANCIAL
GROUP LLC, and SPECTRA INVESTMENT
GROUP LLC,

                                          Defendants.

**PRE-TRIAL ORDER**

15 Civ. 2742 (AKH)

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        For the reasons discussed on the record at the November 29, 2018 Final Pre-Trial Conference, the Court issues the following rulings on matters raised by the parties in advance of trial, which is scheduled to begin December 4, 2018.

        Counts 1, 2, and 3 of Plaintiff's Third Amended Complaint are voluntarily dismissed by Plaintiff with prejudice, without costs, and without objection from Defendants. Plaintiff's only claim remaining for trial is Count 4, breach of fiduciary duty.

        In light of the dismissal of these claims, the following paragraphs shall be stricken from the Third Amended Complaint: 76-78, 81-90, 102, and 105-122.

        Plaintiff may call James Bobrowski, Donald McBeth, and Deborah Rose as fact witnesses, and Edward O'Neal and David Zweighaft as expert witnesses. Defendants may call Edward Ahn, Gregory Porges, Deborah Rose, and Mike Stupay as fact witnesses, and Guy Miller as an expert witness. All fact witnesses shall be sequestered.

Plaintiff's objections to the introduction of books and records held by Omnium on behalf of the Spectra Fund (DX52 through DX84) are overruled subject to Defendants' production of an affidavit from a custodian affirming that the manner in which those records were created and maintained satisfies the requirements of Federal Rule of Evidence 803(6) for the admission of records of a regularly conducted activity.

Plaintiff's hearsay and authenticity objections to the admission of the promissory notes (DX105 through DX110) are overruled.

SO ORDERED.

Dated:   November 30, 2018
         New York, New York

                                          _____
                                          ALVIN K. HELLERSTEIN
                                          United States District Judge