UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONALD F. MCBETH,

                Plaintiff,

      -against-

GREGORY I. PORGES, SPECTRA FINANCIAL
GROUP LLC, and SPECTRA INVESTMENT
GROUP, LLC,

              Defendants.
------------------------------------------------------------X

15 CIVIL 2742 (AKH)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated April 16 and 17, 2019 after a jury trial before the Honorable Alvin K. Helleterstein, United States District Judge, judgment is hereby entered for defendants' on plaintiff Donald F. McBeth's breach of fiduciary duty claim; for plaintiff on defendants' counterclaim for breach of the Subscription Agreement; for defendants on plaintiff's counterclaim; the Clerk shall award costs to defendants pursuant to Rule 54(b); and judgment is entered for plaintiff in the amount of $39,000; accordingly, the case is closed.

**Dated:** New York, New York
          April 18, 2019

                                              RUBY J. KRAJICK
                                              Clerk of Court

BY:

                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____